IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:18CV444 |
| | ) | |
| APPROXIMATELY $20,670.00 | ) | |
| U.S. CURRENCY, | ) | |
| | ) | |
| Defendant *in Rem.* | ) | |

WARRANT OF ARREST *IN REM*

TO:   THE ATTORNEY GENERAL OR THE UNITED STATES MARSHALS SERVICE
      AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER

WHEREAS, on April 16, 2018, the United States of America filed a verified complaint

for civil forfeiture in the United States District Court for the Eastern District of Virginia against

the above-named defendant property, alleging that said property is the subject to seizure and civil

forfeiture to the United States for the reasons mentioned in the complaint;

WHEREAS, the defendant property is currently in the possession, custody or control of

the United States;

WHEREAS, in these circumstances Supplemental Rule G(3)(c) directs the Clerk of the

Court to issue an arrest warrant *in rem* for the arrest of the Defendant property;

AND WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest *in rem*

must be delivered to a person or organization authorized to execute it.

NOW THEREFORE, you are hereby commanded to arrest the above-named defendant property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return hereon, identifying the individuals upon whom copies were served and the manner employed.

Dated: ___5/9/2018___

                                      Fernando Galindo
                                      Clerk of Court
                                      United States District Court

By:           _____
                Deputy Clerk

I hereby certify that I executed this arrest warrant *in rem* by on this ___day of _____ 2018.

Signature:               _____
Printed Name:
Title: